USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

SEALED INDICTMENT H - 08 - 620

United States Courts
Southern District of Texas
FILED

SEP 10 2008

Michael N. Milby, Clerk

HOUSTON DIVISION

No.

USAO Number:
Magistrate Number:

UNSEALED PER ARREST
9/30/2008

CRIMINAL INDICTMENT

Filed

Judge:

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | | | Appt'd | Private |
|---|---|---|---|---|
| | DONALD J. DeGABRIELLE, JR., USA | (713) 567-9000 | | |
| | PETER MASON | (713) 567-9357 | | |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| ONESIMO CRUZ | Ctx. 1,2,4 | | ☐ | ☐ |
| | | | ☐ | ☐ |
| OLEGARIO FLORES GARCIA | Cts. 1,2 | | ☐ | ☐ |
| LUIS ARIEL RIVERA-RODRIGUEZ | Ct. 2 | | ☐ | ☐ |
| (aka Whiskey 2) | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| CLARISSA LIZBETH GONZALEZ | Cts. 2,4 | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Ct. 1: Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture and substance containing ia detectable amount of cocaine, a Schedule II controlled substance and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana a Schedule I controlled substance.

21 U.S.C. 846, 841(a)(1), 841(b)(1)(A)(ii) and 841(b)(1)(A)(vii)

Ct. 2: Conspiracy to Commit Money Laudering (Promotion). 18 U.S.C. 1956(h)

Cts. 3-6: Money Laudering (Promotion). 18 U.S.C. 1956 (a)(1)(A)(i) and 2

CHARGE:
(TOTAL)
(COUNTS:)
( 6 )

**PENALTY:**

Ct. 1: A term of imprisonment not less than 10 years and not more than life; a fine not to exceed $4,000,000; a term of supervised release of at least 5 years.

Cts. 2-6: Not more than 20 yrs and a fine not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both, and at least 3 yrs supervised release.

☐ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☑ No Arrest ALL DEFENDANTS

**PROCEEDINGS:**