United States District Court
Southern District of Texas
ENTERED
May 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. H-08-620 |
| | § | |
| v. | § | JUDGE ANDREW S. HANEN |
| | § | |
| MANUEL WILSON NEIRA, | § | |
| Defendant. | § | |

## ORDER UNSEALING AND DISMISSING INDICTMENT WITHOUT PREJUDICE

Upon motion of the United States of America, the indictment in the above captioned case as it relates to Manuel Wilson Neira is hereby ORDERED unsealed and dismissed without prejudice.

Date: April 30, 2020

ANDREW S. HANEN
United States District Judge